# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WITHROW,<br>Plaintiff,<br>v.<br><br>STRYKER SALES<br>CORPORATION, et al.<br>Defendants. | Case No.: CV 16-544 DSF (PLAx)<br><br>JUDGMENT |

The jury having found in favor of Plaintiff Christopher Withrow,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Christopher Withrow recover from Defendant Stryker Sales Corporation the sum of $96,441.24, with interest at the rate provided by law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Chistopher Withrow recover from Defendant Stryker Sales Corporation his reasonable attorney's fees incurred in the amount of $265,101.50, pursuant to Plaintiff's motion granted by the Court on March 27, 2018, as well as $7,922.96 in non-taxable costs, $35,017.36 in pre-judgment interest pursuant to California Labor Code § 218.6, and $8,640.00 in waiting time penalties pursuant to California Labor Code § 203. Plaintiff shall also recover his costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

Date: April 10, 2018

Dale S. Fischer
United States District Judge